**Judge Mark A. Goldsmith**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>D-2 CARLO WILSON,<br><br>　　　　　Defendants. | Case No. 2:16-cr-20460<br><br>**EX PARTE MOTION TO SEAL**<br><br>**(FILED UNDER SEAL)** |

### EX PARTE MOTION TO SEAL

Pursuant to 18 U.S.C. § 3006A(e)(1) and E.D. Mich. LCrR 12.2, Defendant Wilson files this ex parte motion to seal his Motion and Memorandum in Support of an Amended Phase One Budget and related filings.

//

//

//

//

Motion to Seal　　　　　　　　　　　　　-1-

1 | Respectfully submitted this 15th day of June, 2017.

Walsh & Larrañaga
705 2nd Ave. Suite 501
Seattle, WA 98104
206-325-7900x5
jackie@jamlegal.com


/s/Jacqueline K. Walsh
Jacqueline K. Walsh
Washington State Bar #21651
Attorney for Carlo Wilson