**Judge Mark A. Goldsmith**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-2 CARLO WILSON,

        Defendants.

Case No. 2:16-cr-20460

**EX PARTE MOTION FOR
SUBSTITUTION OF CJA COUNSEL**

**(FILED UNDER SEAL)**

## EX PARTE MOTION

On June 22, 2016, Defendant Carlo Wilson, was indicted. Doc. 1. On June 29, 2016, retained counsel[1] Marc Lakin appeared for Mr. Wilson. Doc. 12. The crimes charged in the indictment carry with them the possibility of a death sentence. Doc. 1. As such, this Court, pursuant to 18 U.S.C. § 3005, appointed Jacqueline Walsh as counsel for Mr. Wilson. Doc. 29. Later, Mr. Lakin - who is not on the CJA panel – sought appointment at public expense because

---

[1] A third party payor initially retained Mr. Lakin to represent Mr. Wilson in state court. Thereafter, Mr. Wilson was indicted on the above noted cause and counsel continued to represent him.

Ex Parte Motion for Substitution of
Counsel                   -1-

the third party payor who retained him could no longer afford his services. Thereafter, this Court appointed Mr. Lakin at public expense.

Because of issues related to Mr. Lakin's representation of Mr. Wilson and as more fully set forth in the accompanying memorandum, undersigned counsel requests that this Court substitute a CJA panel attorney for Mr. Lakin.

This motion is properly made ex parte pursuant to 1 8 U.S.C. § 3006A(c) and the defendant's attorney-client privilege. See also, E.D. Mich. LCrR 12.2. Co-Counsel Marc Lakin had not previously returned calls, nor joined team discussions so that this issue could be discussed with him. However, on June 30, 2017, he finally joined a team call. Undersigned informed Mr. Lakin of her intent to file this motion and asked whether he opposed it. Mr. Lakin informed the team that he would be filing a similar motion for the removal of learned counsel. E.D.Mich.LR 7.1(a).

Respectfully submitted this 6th day of July, 2017.

Walsh & Larrañaga
705 2nd Ave. Suite 501
Seattle, WA 98104
206-325-7900x5
2ackie@jamlegal.com

/s/Jacqueline K. Walsh
Jacqueline K. Walsh
Washington State Bar #21651
Attorney for Carlo Wilson

Ex Parte Motion for Substitution of
Counsel                                    - 2 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed ex parte and under seal via the Court's ECF system and sent to co-counsel Marc Lakin's e-mail address on July 6, 2017.

/s/ Jacqueline K. Walsh_
Jacqueline K. Walsh

Ex Parte Motion for Substitution of
Counsel                                     - 3 -