UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 16-cr-20460

EDWIN MILLS, et al.,                   HON. MARK A. GOLDSMITH

    Defendants.
_____/

## ORDER REGARDING ATKINS EVIDENTIARY HEARING

On June 12, 2019, the Court held a telephonic status conference to discuss the upcoming evidentiary hearing on Defendant Carlo Wilson's motion for relief under Atkins v. Virginia, 536 U.S. 304 (2002), and its progeny (Dkt. 930), which is currently set to begin on July 18, 2019 at 8:30 a.m., see 12/12/2018 Order at 2 (Dkt. 652). During the conference, the Court set the following deadlines:

- **June 14, 2019**: Deadline for the parties to email Case Manager Karri Sandusky regarding whether the start date of the evidentiary hearing can be moved to July 15, 2019;

- **One Week Before Hearing**: Deadline for the parties to submit to Chambers and exchange with each other (i) electronic and paper copies of all exhibits they intend to use during the evidentiary hearing, and (ii) witness lists.

The Court intends to go full days (8:30 a.m. to 5 p.m.) and continue from day to day (excluding weekends) until the hearing is completed.

    SO ORDERED.

Dated: June 13, 2019                              s/Mark A. Goldsmith
     Detroit, Michigan                      MARK A. GOLDSMITH
                                                      United States District Judge