**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )    CRIMINAL NO. 2:16-CR-20460
    vs.    )
    )    HON. MARK A. GOLDSMITH
    )
D-2    CARLO WILSON,    )
    )
    Defendant.    )

---

## ORDER GRANTING DEFENDANT CARLO WILSON'S MOTION REGARDING MENTAL COMPETENCY (Dkt. 965) AND REFERRING WILSON FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION TO DETERMINE COMPETENCY

---

The Court finds that there is reasonable cause to believe that Defendant Carlo

Wilson may presently be suffering from a mental disease or defect rendering Wilson

mentally incompetent to stand trial. Accordingly, the Court grants Wilson's motion

(Dkt. 965), pursuant to the Insanity Defense Reform Act of 1984, 18 U.S.C. §§ 4241-

4247, and it is hereby ordered:

(1) That a psychiatrist or psychologist at MCC Chicago be directed to examine
the mental condition of Wilson, *see id.* §§ 4241(a),(b), 4247(b);

(2) That the examining psychiatrist or psychologist prepare, as soon as
practical, a written report that includes (1) Wilson's history and present
symptoms; (2) a description of the psychiatric, psychological, and medical

1

tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinions as to diagnosis, prognosis, and whether Wilson is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, *see* 18 U.S.C. §§ 4241(b), 4247(c); and

(3) That the examiner shall promptly file the written report with this Court and provide copies of the report to defense counsel and the attorney for the government, see id. § 4247(c). The report may be used by any party for purposes of a competency hearing, detention hearing, or any other purpose the Court may order.

It is further ordered that the U.S. Marshals Service transport Wilson to MCC Chicago for the examination and return him to an appropriate facility at an appropriate time.

SO ORDERED.

Dated: July 3, 2019          s/Mark A. Goldsmith
    Detroit, Michigan          MARK A. GOLDSMITH
                                     United States District Judge